IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Scorecards Unlimited, LLC, | : | |
| Plaintiff | : | |
| v. | : | |
| Golf ScoreCards, Inc., | : | Civil Action 2:11-cv-0906 |
| Defendant | : | Judge Marbley |
| v. | : | Magistrate Judge Abel |
| Progressive Innovations, Inc., *et al.*, | : | |
| Counterclaim Defendants | : | |

# ORDER

On April 20, 2012, counsel called to inform me that the parties intend to participate in a private mediation during May. This case will not be noticed for the June 2012 Settlement Week. If the parties do want to participate in a later Settlement Week, they will phone me.

s/Mark R. Abel
United States Magistrate Judge
